76,456-03

To Abel. Acosta, clerk

I would like to know why and how I wasn't given a written order explaining dismissed writ 11.07 of Habeas Corpus but was received on 6-3-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 18 2015
Abel Acosta, Clerk

4-24-15 grounds on issues Raised in Application I recieved ineffective assistance of counsel:(2) I was entitle to An out of time appeal:(3) exhit of deadly weapon to wit Saliva deadly weapon finding(4) my guilty plea was Involuntary. first I tried contacteding court when able to purchase transcript to succeed on 3rd writ 2nd and 1st writ 11.07 Habeas Courpus without nothing to explain dealing with Im Convicted aAd sentence of a felony when a mistimeanor committe ok I put A letter addressing court I was sent letter Jun R-13 I would not be Able to be talk to under private Act to obtain such court Records of everything on Record of court Open plea knowing I was railRoaded misinformed of information if I had choose in Trial Jurror out No raditiona I doubt would have found me guilty Please send me info with response why I was not Able to recieve dismissed without written order to continue to file another with May be A successful outcome of Answer from court of Appeal Thank you.

Thibodeaux, PAuI DeWAYNE TR. Ct. NO. W08-56041 -J(c)

WR-76,456-03

TDC# 1539085
PAuI DeWAYNE Thibodeaux
Alfred D Hughes Unit
Route 2 Box 4400
Gatesville, TX 76597